ARTHUR R. BRODY, Appellant, v. JUANITA MARTEN, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Settle order, fixing date for hearing to proceed, on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.